IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL C. SCHAUFELE andPLAINTIFFS
MARTHA B. SCHAUFELE

v.CASE NO. 4:18-CV-00420-BSM

WRIGHT MEDICAL TECHNOLOGY, INC.,
and JOHN DOES I-VDEFENDANTS

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 42] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE