IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL C. SCHAUFELE and PLAINTIFFS
MARTHA B. SCHAUFELE

v. CASE NO. 4:18-CV-00420-BSM

WRIGHT MEDICAL TECHNOLOGY, INC.,
and JOHN DOES I-V DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of July, 2021.

 _____
 UNITED STATES DISTRICT JUDGE